



# Apostille

(Convention de La Haye du 5 Octobre 1961)

1. Country: United States of America

   This public document

2. has been signed by **Milton A. Tingling**

3. acting in the capacity of **County Clerk**

4. bears the seal/stamp of the **county of New York**

   Certified

5. at New York City, New York      6. the 1st day of September 2015

7. by Special Deputy Secretary of State, State of New York

8. No. NYC-450135

9. Seal/Stamp          10. Signature



Sandra J. Tallman
Special Deputy Secretary of State

Apostille (REV: 09/25/12)

CERTIFIED COPY

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

In re Application of

OPERACION Y SUPERVISION DE                14 MISC 00082

HOTELES, S.A. de C.V.

For an Order to Conduct Discovery for

Use in Foreign Proceedings

------------------------------------------x

                  July 15, 2015

                  9:37 a.m.

      DEPOSITION of THOMAS RUFFING, taken by OPERACION Y SUPERVISION DE HOTELES S.A. de C.V., pursuant to Subpoena by Consent, at the offices of THE BLACKSTONE GROUP, 345 Park Avenue, New York, New York, before Karen Perlman, RPR, CRR, a Shorthand Reporter and Notary Public within and for the State of New York.

2

1
2  A P P E A R A N C E S :
3
4
5  KELLNER HERLIHY GETTY & FRIEDMAN, LLP
6  Attorneys for the Applicant
7         470 Park Avenue South
8         New York, New York   10016
9  BY:    NAZY MODIRI, ESQ.
10
11
12 SIDLEY AUSTIN, LLP
13 Attorneys for the Witness
14         787 Seventh Avenue
15         New York, New York   10019
16 BY:    MARTIN B. JACKSON, ESQ.
17
18
19
20
21
22
23
24
25

S T I P U L A T I O N S

     IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto, that all objections, except as to form, shall be reserved to the time of trial.

     IT IS FURTHER STIPULATED AND AGREED that the sealing and filing of the within deposition are hereby waived.

     IT IS FURTHER STIPULATED AND AGREED that the within deposition may be subscribed and sworn to by the witness being examined before a Notary Public other than the Notary Public before whom this deposition was begun.

4

1        T. Ruffing
2  T H O M A S   R U F F I N G, stating an address
3        of 83 Orchard Road, Briarcliff Manor, New
4        York 10510, having been first duly sworn
5        by the Notary Public, was examined and
6        testified under oath as follows:
7
8  EXAMINATION BY
9  MS. MODIRI:
10       Q.    Good morning, Mr. Ruffing.  I'm just
11 going to ask you a series of 15 questions.
12       A.    Mm-hmm.
13       Q.    Do you know who the parties are to
14 the procedure that is underlying the subpoena
15 which we issued you for in the Mexican
16 proceeding?
17       A.    Yes.  My understanding is that the
18 parties are:  Opyssa, which is the hotel manager;
19 Servicios Etisa; and Bank of America Mexico; and
20 Bank of America N.A.
21       Q.    And how do you know that?
22       A.    I know that through the ex parte
23 application.
24       Q.    What is the relationship of the
25 parties to this procedure?

5

1        T. Ruffing
2    A.   My understanding is these were all
3 parties to the documents underlying the
4 $103 million New York hotel portfolio financing.
5    Q.   And when did that relationship
6 begin?
7    A.   The financing closed in
8 October 2006, so that is my understanding that
9 the relationship began.
10   Q.   And how do you know of the
11 relationship between the parties?
12   A.   Through my review of the legal
13 documents, and my role as special servicer of the
14 loan.
15   Q.   And how is the relationship between
16 the parties documented?
17   A.   There are voluminous legal documents
18 from the -- from the 2006 loan closing. And so
19 it is from my -- you asked how it is documented?
20   Q.   Right. Okay.
21        Do you know the specific documents?
22   A.   I am familiar with many of the
23 documents.
24   Q.   What is the reason that Operacion Y
25 Supervision De Hoteles S.A. de C.V. has

6

1         T. Ruffing
2   possession of the property located at Costera
3   Guitarrón number 110 fraccionamiento Plaa
4   Guitarrón y Coral, ZIP code 39880 Acapulco de
5   Juárez, Guerrero?
6         A.   My understanding is Opyssa is the
7   property manager.  I don't know if they have
8   possession.  I don't know the definition of the
9   word "possession."  But I do know that they are
10  contractually the manager of the properties in
11  the portfolio.
12        Q.   And what is the reason that
13  Servicios Administrativos Etisa S.A. de C.V.
14  entered into the cash management agreement dated
15  October 3rd, 2006, with Bank of America National
16  Association, which is formerly know as La Salle
17  Bank National Association?
18        A.   It was -- it was a requirement of
19  the $103 million New York loan closing to enter
20  into that agreement.
21        Q.   And what is the reason that
22  Servicios Administrativos Etisa S.A. de C.V.
23  entered into the Assignment of Administration in
24  Guarantee Agreement dated October 3rd, 2006, with
25  Bank of America National Association, which is

7

1        T. Ruffing
2  formerly know as La Salle Bank National
3  Association?
4        A.    It was a requirement of the
5  $103 million New York loan closing to enter into
6  that agreement.
7        Q.    Do you personally know Agustin
8  Garcia Bolaños Cacho?
9        A.    I do not.
10       Q.    How do you know Agustin Garcia
11 Bolaños Cacho?
12       A.    I am aware that he was a signatory
13 to many of the original loan documents in
14 connection with the -- with the New York loan
15 closing.
16       Q.    Do you know where Agustin Garcia
17 Bolaños Cacho was on the day of October 3rd,
18 2006?
19       A.    I do not know exactly where Senior
20 Bolaños was on that day, the loan closing day,
21 here in New York.
22       Q.    Do you know if Agustin Garcia
23 Bolaños Cacho was out of the country of Mexico
24 during the month of October 2006?
25       A.    I -- I only know he supplied

8

1          T. Ruffing

2  original documentation to the loan closing in

3  October.  I do not know exactly his whereabouts

4  during that month.

5          Q.   Can you please state how you know

6  and are sure of everything and aware of

7  everything that you declared here today?

8          A.   Through my review of the loan

9  documents and having been involved in the

10 special -- special servicing of the loan since

11 2010.

12         Q.   And I'm going to ask you question 15

13 which says:  State the reason for why you just

14 said this?

15         A.   Based upon my knowledge.

16         Q.   Okay.  Thank you, Mr. Ruffing.

17         A.   Okay.

18         Q.   I believe that concludes the

19 deposition.

20              (Time noted:  9:44 a.m.)

9

1
2       I, the witness herein, having read
3   the foregoing testimony, do hereby certify
4   it to be a true and correct transcript,
5   subject to the corrections, if any, shown
6   on the attached page.
7
8
9                    _____
10                          THOMAS RUFFING
11
12
13
14
15
16  Subscribed and sworn to
17  before me this ____ day
18  of _____ 2015.
19
20
21
22  _____
23
24
25

10

C E R T I F I C A T E

STATE OF NEW YORK )

: 

COUNTY OF NEW YORK)

    I, KAREN PERLMAN, RPR, CRR, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

    That THOMAS RUFFING, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of July 2015.

*[signature]*

KAREN PERLMAN, RPR, CRR

Form 1

**State of New York** } ss:
**County of New York**

No. 138970

I, **Milton Adair Tingling**, Clerk of the County of New York, and Clerk of the Supreme Court in and for said county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

## ELEANOR GREENHOUSE

whose name is subscribed to the annexed original instrument has been commissioned and qualified as a NOTARY PUBLIC............................................................................................................
and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same: that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this 31st day of August, 2015

*Milton Adair Tingling*
County Clerk, New York County

# **ACKNOWLEDGEMENT**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

On the 27th day of July in the year 2015 before me, the undersigned, a Notary Public in and for said State, personally appeared KAREN PERLMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
ELEANOR GREENHOUSE

ELEANOR GREENHOUSE
Notary Public, State of New York
No. 01GR6079451
Qualified in New York County
Commission Expires 06/26/2018

## A

a.m 1:12 8:20
Acapulco 6:4
action 10:15
address 4:2
Administration 6:23
Administrativos 6:13,22
AGREED 3:4,9,13
agreement 6:14,20 6:24 7:6
Agustin 7:7,10,16 7:22
America 4:19,20 6:15,25
Applicant 2:6
application 1:5 4:23
asked 5:19
Assignment 6:23
Association 6:16 6:17,25 7:3
attached 9:6
attorneys 2:6,13 3:5
AUSTIN 2:12
Avenue 1:18,24 2:7 2:14
aware 7:12 8:6

## B

B 2:16
Bank 4:19,20 6:15 6:17,25 7:2
Based 8:15
began 5:9
begun 3:17
believe 8:18
BLACKSTONE 1:18
blood 10:15
Bolaños 7:8,11,17 7:20,23
Briarcliff 4:3

## C

C 2:2 10:2,2
C.V 1:7,17 5:25 6:13,22
Cacho 7:8,11,17,23
cash 6:14

certify 9:3 10:9,14
closed 5:7
closing 5:18 6:19 7:5,15,20 8:2
code 6:4
concludes 8:18
Conduct 1:8
connection 7:14
Consent 1:17
contractually 6:10
Coral 6:4
correct 9:4
corrections 9:5
Costera 6:2
country 7:23
COUNTY 10:5
COURT 1:2
CRR 1:20 10:7,24

## D

dated 6:14,24
day 7:17,20,20 9:17 10:19
de 1:6,7,16,16 5:25 5:25 6:4,13,22
declared 8:7
definition 6:8
deposition 1:15 3:11,14,17 8:19 10:11,12
Discovery 1:8
DISTRICT 1:2,3
documentation 8:2
documented 5:16 5:19
documents 5:3,13 5:17,21,23 7:13 8:9
duly 4:4 10:11

## E

E 2:2,2 10:2,2
enter 6:19 7:5
entered 6:14,23
ESQ 2:9,16
Etisa 4:19 6:13,22
ex 4:22
exactly 7:19 8:3
EXAMINATION 4:8
examined 3:15 4:5

## F

F 4:2,2 10:2
familiar 5:22
filing 3:10
financing 5:4,7
first 4:4
follows 4:6
foregoing 9:3
Foreign 1:9
form 3:7
formerly 6:16 7:2
forth 10:11
fraccionamiento 6:3
FRIEDMAN 2:5
further 3:9,13 10:14

## G

G 4:2
Garcia 7:8,10,16 7:22
GETTY 2:5
given 10:13
going 4:11 8:12
Good 4:10
GREENHOUSE 1:23
GROUP 1:18
Guarantee 6:24
Guerrero 6:5
Guitarrón 6:3,4

## H

H 4:2
hand 10:19
hereinbefore 10:11
hereto 3:6
hereunto 10:18
HERLIHY 2:5
hotel 4:18 5:4
Hoteles 1:7,16 5:25

## I

interested 10:16
involved 8:9
issued 4:15

## J

JACKSON 2:16
Juárez 6:5
July 1:11 10:19

## K

Karen 1:19 10:7,24
KELLNER 2:5
know 4:13,21,22 5:10,21 6:7,8,9 6:16 7:2,7,10,16 7:19,22,25 8:3,5
knowledge 8:15

## L

L 3:2
La 6:16 7:2
legal 5:12,17
LLP 2:5,12
loan 5:14,18 6:19 7:5,13,14,20 8:2 8:8,10
located 6:2

## M

M 4:2
management 6:14
manager 4:18 6:7 6:10
Manor 4:3
marriage 10:16
MARTIN 2:16
matter 10:17
Mexican 4:15
Mexico 4:19 7:23
million 5:4 6:19 7:5
MISC 1:6
Mm-hmm 4:12
MODIRI 2:9 4:9
month 7:24 8:4
morning 4:10

## N

N 2:2 3:2 4:2
N.A 4:20
National 6:15,17 6:25 7:2
NAZY 2:9
New 1:3,19,19,21 1:24,24 2:8,8,15 2:15 4:3 5:4 6:19 7:5,14,21 10:3,5 10:9
Notary 1:20 3:16 3:16 4:5 10:8
noted 8:20
number 6:3

## O

O 3:2 4:2
oath 4:6
objections 3:6
October 5:8 6:15 6:24 7:17,24 8:3
offices 1:18
Okay 5:20 8:16,17
Operacion 1:6,16 5:24
Opyssa 4:18 6:6
Orchard 4:3
Order 1:8
original 7:13 8:2
outcome 10:17

## P

P 2:2,2 3:2
page 9:6
Park 1:18 2:7
parte 4:22
parties 3:6 4:13,18 4:25 5:3,11,16 10:15
Perlman 1:19 10:7 10:24
personally 7:7
Plaa 6:3
please 8:5
portfolio 5:4 6:11
possession 6:2,8,9
procedure 4:14,25
proceeding 4:16
Proceedings 1:9
properties 6:10
property 6:2,7
Public 1:20 3:16,16 4:5 10:8
pursuant 1:17

## Q

question 8:12
questions 4:11

## R

R 2:2 4:2 10:2
read 9:2
reason 5:24 6:12 6:21 8:13
record 10:13
related 10:14
relationship 4:24

5:5,9,11,15
**Reporter** 1:20 10:8
**REPORTING** 1:23
requirement 6:18
  7:4
reserved 3:7
respective 3:5
review 5:12 8:8
**Right** 5:20
**Road** 4:3
role 5:13
**RPR** 1:19 10:7,24
**Ruffing** 1:15 4:1
  4:10 5:1 6:1 7:1
  8:1,16 9:10 10:10

**S**
**S** 2:2 3:2,2 4:2
**S.A** 1:7,16 5:25
  6:13,22
**Salle** 6:16 7:2
says 8:13
sealing 3:10
**Senior** 7:19
series 4:11
servicer 5:13
servicing 8:10
**Servicios** 4:19 6:13
  6:22
set 10:11,18
**Seventh** 2:14
**Shorthand** 1:20
  10:7
shown 9:5
**SIDLEY** 2:12
signatory 7:12
**Sixth** 1:24
**South** 2:7
**SOUTHERN** 1:3
special 5:13 8:10
  8:10
specific 5:21
state 1:21 8:5,13
  10:3,9
**STATES** 1:2
stating 4:2
**STIPULATED** 3:4
  3:9,13
subject 9:5
subpoena 1:17
  4:14
subscribed 3:14

9:16
**Suite** 1:24
**Supervision** 1:6,16
  5:25
supplied 7:25
sure 8:6
sworn 3:15 4:4
  9:16 10:12

**T**
**T** 3:2,2 4:1,2 5:1
  6:1 7:1 8:1 10:2,2
taken 1:15
testified 4:6
testimony 9:3
  10:13
**Thank** 8:16
**THOMAS** 1:15
  9:10 10:10
time 3:7 8:20
today 8:7
transcript 9:4
trial 3:7
true 9:4 10:12

**U**
**U** 3:2 4:2
underlying 4:14
  5:3
understanding
  4:17 5:2,8 6:6
**UNITED** 1:2
**Use** 1:9

**V**
voluminous 5:17

**W**
waived 3:11
way 10:16
whereabouts 8:3
**WHEREOF** 10:18
witness 2:13 3:15
  9:2 10:10,13,18
word 6:9

**X**
x 1:4,10

**Y**
y 1:6,16 5:24 6:4
**York** 1:3,19,19,21
  1:24,24 2:8,8,15

2:15 4:4 5:4 6:19
  7:5,14,21 10:3,5
  10:9

**Z**
**ZIP** 6:4

**0**
**00082** 1:6

**1**
**10001** 1:24
**10016** 2:8
**10019** 2:15
**103** 5:4 6:19 7:5
**10510** 4:4
**110** 6:3
**1111** 1:24
**14** 1:6
**15** 1:11 4:11 8:12

**2**
**2006** 5:8,18 6:15,24
  7:18,24
**2010** 8:11
**2015** 1:11 9:18
  10:19
**212** 1:25
**279-5108** 1:25
**27th** 10:19

**3**
**345** 1:18
**39880** 6:4
**3rd** 6:15,24 7:17

**4**
**470** 2:7

**5**

**6**

**7**
**787** 2:14

**8**
**83** 4:3
**875** 1:24

**9**
**9:37** 1:12
**9:44** 8:20

